UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN COLTER AND ROMAN D. COLTER,<br><br>        Plaintiffs,<br><br>vs.<br><br>SAN JOAQUIN VALLEY COLLEGE, et al.,<br><br>        Defendants. | Case No. 1:08-cv-01004 AWI TAG<br><br>ORDER SETTING STATUS CONFERENCE REGARDING STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM<br><br>(Doc. 7) |

On September 9, 2008, the parties stipulated to a referral to the Voluntary Dispute Resolution Program ("VDRP) (Doc. 7). Local Rule 16-271. In the stipulation, the parties propose that the VDRP process be completed by March 27, 2009. As of the date of this order, this action has not been referred to the VDRP.

The Court makes the following order:

1. A Status Conference is set regarding the VDRP stipulation, for Thursday, October 16, 2008 at 9:30 a.m., before United States Magistrate Judge Theresa A. Goldner, at court chambers located at 1200 Truxtun Avenue, Suite 120, Bakersfield, California, 93301. The Status Conference will be held at the same time as the Scheduling Conference in this action.

2. Defendant's counsel and pro se Plaintiffs are directed to meet and confer prior to the Status Conference, and agree upon (a) a method of alternative dispute resolution, i.e., mediation,

early neutral evaluation, or settlement conference; and (b) at least three qualified, mutually acceptable neutral evaluators ("neutrals") who are available and willing to conduct the parties' preferred method of alternative dispute resolution.  Defendant's counsel and Plaintiffs should be prepared to discuss the names, qualifications, and availability of the proposed neutrals at the Status Conference, so the Court will be in a position to appoint a neutral as quicky as possible.

     3. Defendant's counsel and Plaintiffs should also be prepared to discuss advancing the date for completion of the VDRP process, and are advised that the Court is concerned that their proposed time frame for completing the process may be more than is appropriate.  <u>See</u> Local Rule 16-271(i)(3).

     4. Defendant's counsel and Plaintiffs are advised that the VDRP stipulation does not eliminate the requirement to file a Joint Scheduling Report, which must be filed no later than Thursday, October 9, 2008, and must also be emailed, in Wordperfect or Word format, to tagorders@caed.uscourts.gov.  Local Rule 16-240; <u>see</u> Doc. 4 (summarizes the form and content of the Joint Scheduling Report).  Defendant's counsel are registered on the Court's electronic filing system, CM/ECF.  Defendant's counsel shall cause the Joint Scheduling Report to be timely filed and a copy emailed to the Court as set forth herein.

     5. Defendant's counsel and Plaintiffs may appear at the Status/Scheduling Conference telephonically through Court Call, provided they make appropriate advance arrangements through Court Call.  Questions related to Court Call procedures may be directed to the Courtroom Deputy by telephone at 661-326-6620 or by email at: aleonguerrero@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:  **October 1, 2008**                     **/s/ Theresa A. Goldner**
                                                              UNITED STATES MAGISTRATE JUDGE