# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROMAN COLTER and ROMAN D. COLTER, | ) ) ) | Case No.  1:08-cv-01004 AWI TAG |
| Plaintiffs, | ) ) ) | ORDER REFERRING CASE TO VOLUNTARY DISPUTE RESOLUTION PROGRAM |
| vs. | ) ) | |
| SAN JOAQUIN VALLEY COLLEGE, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

This action commenced in this Court on July 14, 2008, when it was removed from the Kern County Superior Court.  (Doc. 1).  On September 9, 2008, all parties requested that this action be referred to the Court's Voluntary Dispute Resolution Program ("VDRP") pursuant to Local Rule 16-271.  Upon the request of the parties and the recommendation of the United States Magistrate Judge assigned to this action, the Court finds that this action should be referred to the VDRP for alternative dispute resolution.

Accordingly, the Court makes the following order:

1. This action is referred to the VDRP;

2. The VDRP process must be completed and confirmation of that completion must be filed no later than February 2, 2009; and

3. The Magistrate Judge will make further orders as necessary to effectuate this order.

IT IS SO ORDERED.

Dated:   **October 21, 2008**                      **/s/ Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE

1