# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN COLTER and ROMAN D. COLTER,<br><br>    Plaintiffs,<br><br>vs.<br><br>SAN JOAQUIN VALLEY COLLEGE, INC.,<br><br>    Defendant. | Case No. 1:08-cv-01004 AWI TAG<br><br>ORDER RE: VOLUNTARY DISPUTE RESOLUTION PROGRAM |

    This action commenced in this Court on July 14, 2008, when it was removed from the Kern County Superior Court. (Doc. 1). On September 9, 2008, all parties requested that this action be referred to the Court's Voluntary Dispute Resolution Program ("VDRP) pursuant to Local Rule 16-271. On October 20, 2008, the Court issued a Scheduling Order. (Doc. 15). On October 22, 2008, this action was referred to the VDRP. (Doc. 16).

    The Court makes the following additional orders regarding referral of this action to the VDRP:

    1. Attorney Steven G. Mehta (the "Mediator") is designated to serve as a mediator (neutral) to conduct a mediation in this action;

    2. The mediation is set before the Mediator on Tuesday, January 6, 2009, at 9:00 a.m. at his offices located at 25124 Springfield Court, Suite 250, Valencia, California 91355.

    3. The Clerk of Court will provide the Mediator with a copy of this Order, the Order referring this action to the VDRP, the Scheduling Order, and Local Rule16-271.

1

4. Each party shall provide the Mediator with a mediation statement or brief, no later than Friday, December 19, 2008. The mediation statements/briefs may be delivered to the Mediator by mail to the above address, or by email to the Mediator in care of his assistant, as follows: Margaret@mehtamann.com. If sent by email, the mediation statements/briefs shall be typed, legible, preferably in pleading format, and sent as an attachment to the email. Each party shall also serve the other parties with a copy of their mediation statement/brief. The mediation statements/briefs must not be filed with the Court.

5. The mediation statements/briefs must not exceed ten pages and must:

A. Give a brief statement of the facts;

B. Identify the pertinent principles of the law;

C. Identify the legal and factual issues in dispute;

D. Address whether there are any legal or factual issues whose early resolution might reduce the scope of the dispute or contribute significantly to the productivity of the settlement discussions;

E. Identify by name and role the person(s) in addition to counsel who will attend the mediation session as a representative of the party and with settlement authority;

F. Identify or attach each particular document central to an understanding of the dispute and an appreciation of the merits of each party's case.

6. All parties and counsel shall appear in person at the mediation session. Defendant is a corporation. Defendant will satisfy the attendance requirement if, in addition to its counsel, it is represented at the mediation session by a person who has, to the greatest extent possible, authority to settle and knowledge of the facts of the case and Defendant's position in this action.

7. All pro se parties and counsel may be expected to make a short (perhaps 15-30 minutes) informal presentation of their side of the case, supporting their position with documents to the extent practicable.

8. All written and oral statements made at the mediation session are confidential and may not be used in any aspect of the case outside of the mediation session. The Mediator will not communicate with the assigned Judge about the merits of the case or what occurred at the mediation session.

9.  After the parties present their case and answer questions, the Mediator will explore settlement by caucusing with the parties, communicating offers and counter-offers, and utilizing mediation techniques to focus the parties and counsel on the parties' respective positions and opportunities for settlement.

10.  At the conclusion of the mediation session, and no later than Tuesday, January 20, 2009, the Mediator must submit his VDRP Completion Report to Magistrate Judge Theresa A. Goldner, with copies to all parties, in accordance with Local Rule 16-271(n).  The report will indicate only the date on which the parties completed the VDRP process, and may be delivered to Judge Goldner's chambers either by mail to 1200 Truxtun Avenue,  Suite 120, Bakersfield, California 93301, or by email to: tagorders@caed.uscourts.gov.

11. No later than Monday, February 2, 2009, the parties must jointly file the Parties' Joint VDRP Completion Report in accordance with Local Rule 16-271(o), reporting:

A. Whether the action was entirely resolved or settled during the mediation session;

B.  If the entire action was not resolved or settled, whether any resolution, stipulation, or agreement was reached on any part of the action; and

C. The current status of the action.

A Stipulation for dismissal of the action pursuant to Federal Rule of Civil Procedure 41, may be filed in lieu of the Parties' Joint VDRP Completion Report if the Stipulation is filed by February 2, 2009.

12.  Failure to comply with this Order and/or to appear at the mediation session will result in the imposition of sanctions including dismissal, striking  pleadings, and default.


IT IS SO ORDERED.

Dated:   **October 23, 2008**                              **/s/ Theresa A. Goldner**
                                                                                       UNITED STATES MAGISTRATE JUDGE